BENJAMIN MARSHALL, Appellant, *v.* CITY OF NEW YORK et al., Respondents.

Submitted October 11, 1954; decided October 14, 1954.

*Eugene J. Morris* and *Gustave G. Rosenberg* for motion.

*Hobart R. Marvin* opposed.

Motion granted.